1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIN SU, | ) |
| | ) No. C 07-4737 JW |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO EXTEND DATES and** |
| | ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| ROBERT S. MUELLER, Director of | ) |
| Federal Bureau of Investigations, | ) |
| | ) |
| Defendants | ) |
| | ) |

The plaintiff, by and through her attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about September 14, 2007. The Defendants response is due on November 16, 2007.

2. Pursuant to this Court's September 14, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on January 22, 2008, and attend a case management conference on January 28, 2008.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stip. to Extend Dates
C07-4737 JW

| | |
|---|---|
| Defendants' Response: | January 14, 2007 |
| Last day to file Joint ADR Certification: | January 22, 2007 |
| Last day to file/serve Joint Case Management Statement: | February 4, 2007 |
| Case Management Conference: | February 11, 2007, at 10:00 a.m. |

Date: November 13, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　MELANIE L. PROCTOR
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants


　　　　　　　　　　　　　　　　　　　　　_____/s/_____
Date: November 13, 2007　　　　　　　　　　JUSTIN WANG
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**ORDER**

　　　Pursuant to stipulation, IT IS SO ORDERED.

Date:　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　United States District Judge