SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIN SU, | No. C 07-4737 JW |
| Plaintiff, | |
| v. | **CORRECTED STIPULATION TO EXTEND DATES and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigations, | |
| Defendants | |

The plaintiff, by and through her attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about September 14, 2007. The Defendants response is due on November 16, 2007.

2. Pursuant to this Court's September 14, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on January 22, 2008, and attend a case management conference on January 28, 2008.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stip. to Extend Dates
C07-4737 JW

|   |   |   |
|---|---|---|
| 1 | Defendants' Response: | January 14, 2008 |
| 2 | Last day to file Joint ADR Certification: | January 22, 2008 |
| 3 | Last day to file/serve Joint Case Management Statement: | February 4, 2008 |
| 4 | Case Management Conference: | February 11, 2008, at 10:00 a.m. |

Date: November ____, 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

_____
Date: November ____, 2007        JUSTIN WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                _____
JAMES WARE
United States District Judge

Stip. to Extend Dates
C07-4737 JW                         2