JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIN SU, | ) No. C 07-4737 JW |
| Plaintiff, | ) |
| v. | ) STIPULATION TO EXTEND DATE OF |
| | ) CASE MANAGEMENT CONFERENCE; |
| MICHAEL CHERTOFF, Secretary of the | ) AND [PROPOSED] ORDER |
| Department of Homeland Security; | ) |
| ROBERT S. MUELLER, Director of | ) |
| Federal Bureau of Investigations, | ) |
| Defendants | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed an action on September 14, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate her I-485 application.

2. USCIS has scheduled Plaintiff's fingerprint appointment for February 13, 2008.

3. In order to allow sufficient time for USCIS to complete adjudication of Plaintiff's application after her fingerprints are processed, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Joint ADR Certification:            March 3, 2008

Last day to file/serve Joint Case Management Statement:   March 10, 2008

Stip. to Extend Dates
C07-4737 JW

| | | |
|---|---|---|
| 1 | Case Management Conference: | March 17, 2008, at 10:00 a.m. |
| 2 | Date: January 18, 2008 | Respectfully submitted, |
| 3 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |

/s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

Date: January 18, 2008

/s/
JUSTIN WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 22, 2008

_____
JAMES WARE
United States District Judge