JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIN SU,<br>          Plaintiff,<br>    v.<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigations,<br>          Defendants | No. C 07-4737 JW<br><br>**STIPULATION TO DISMISS; PROPOSED ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status.

///

///

///

///

///

///

STIPULATION TO DISMISS
C07-4737 JW

1     Each of the parties shall bear their own costs and fees.

3   Dated: February 26, 2008                               Respectfully submitted,

4                                                     JOSEPH P. RUSSONIELLO
United States Attorney

                                                    _____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

                                                    _____/s/_____
Date: February 26, 2008                               JUSTIN WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Court hereby terminates all pending motions, hearings, and deadlines. The Clerk shall close the file.

Dated:                                                          _____
JAMES WARE
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C07-4737 JW                                     2