1 JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 Assistant United States Attorney

5 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 Telephone: (415) 436-6730
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN JOSE DIVISION

12 JIN SU,                                         )
                                                   ) No. C 07-4737 JW
13            Plaintiff,                           )
                                                   )
14       v.                                        ) **STIPULATION TO DISMISS;**
                                                   ) **PROPOSED ORDER**
15 MICHAEL CHERTOFF, Secretary of the              )
   Department of Homeland Security;                )
16 ROBERT S. MUELLER, Director of                  )
   Federal Bureau of Investigations,               )
17                                                 )
              Defendants                           )
18 _____)

19     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of

20 record, hereby stipulate to dismissal of the above-entitled action without prejudice in light of the fact

21 that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for

22 adjustment of status.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION TO DISMISS
C07-4737 JW

1  Each of the parties shall bear their own costs and fees.

3  Dated: February 26, 2008               Respectfully submitted,

4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

7                                          _____/s/_____
                                           MELANIE L. PROCTOR[1]
                                           Assistant United States Attorney
8                                          Attorneys for Defendants

10 Date: February 26, 2008                 _____/s/_____
                                           JUSTIN WANG
                                           Attorney for Plaintiff

12                          **ORDER**

13 Pursuant to stipulation, IT IS SO ORDERED. The Court hereby terminates all pending motions,
14 hearings, and deadlines. The Clerk shall close the file.

16 Dated:  March 3, 2008                   _____
                                           JAMES WARE
17                                         United States District Judge

---

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C07-4737 JW                                 2